**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> JENNIFER MILLER, ) </br> ) </br> Defendant. ) </br> ) | 2:12-CR-00285-LDG-GWF </br></br></br> **ORDER** |

IT IS HEREBY ORDERED that based on the sentencing hearing held before this court on 11/30/12 the defendants PR Bond is hereby exonerated.

DATED this 2 day of January, 2013.

_____
LLOYD D. GEORGE
UNITED STATES DISTRICT JUDGE